UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP - 2 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. |
| DEBRA GORDY, | ) |
| Defendant. | ) 4:15cr00409RWS/NAB |

## INDICTMENT

### COUNTS ONE THROUGH FOUR

The Grand Jury charges:

On or about the dates listed below, within the Eastern District of Missouri, the defendant,

DEBRA GORDY

did embezzle, steal, purloin, or knowingly convert to her use money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: government funds in the amounts listed below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 1 | October 1, 2013 | $710.00 |
| 2 | November 29, 2013 | $710.00 |
| 3 | January 31, 2014 | $721.00 |

1

| | | |
|---|---|---|
| 4 | February 28, 2014 | $721.00 |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney